| | | |
|---|---|---|
| AUSA: Blake Hatlem | | Telephone: (313) 226-9100 |
| Task Force Officer: Chelsea Gilbert | | Telephone: (313) 965-2323 |

AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Eastern District of Michigan

United States of America
v.

Gregory Augusta Powell

Case: 2:25-mj-30695
Assigned To : Unassigned
Assign. Date : 11/14/2025
Description: USA v. SEALED (MC)

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __April 24, 2021__ in the county of __Wayne__ in the __Eastern__ District of __Michigan__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 922(g)(1) | Felon in possession of ammunition |

This criminal complaint is based on these facts:
See attached affidavit.

☑ Continued on the attached sheet.

_____
Complainant's signature

Chelsea Gilbert, Task Force Officer
_____
Printed name and title

Sworn to before me and signed in my presence
and/or by reliable electronic means.

Date: November 14, 2025

_____
Judge's signature

City and state: Detroit, MI

Hon. Kimberly G. Altman, U.S. Magistrate Judge
_____
Printed name and title

Case: 2:25−mj−30695
Assigned To : Unassigned
Assign. Date : 11/14/2025
Description: USA v. SEALED (MC)

## AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT

I, Chelsea Gilbert, being first duly sworn, hereby depose and state as follows:

### INTRODUCTION AND BACKGROUND

1. I am a Task Force Officer with the Federal Bureau of Investigation (FBI) and have been since July of 2024. I am currently assigned to the FBI Detroit Division Violent Crime Task Force ("VCTF"). As an FBI Task Force Officer, I have conducted or assisted in numerous investigations of federal and state violations, including crimes of violence and firearms.

2. The statements contained in this Affidavit are based on my experience and background as an FBI Special Agent and on information provided by police officers, other agents of the FBI, and other law enforcement personnel, as well as communications with others who have personal knowledge of the events and circumstances described herein.

3. The information outlined below is provided for the limited purpose of establishing probable cause and does not contain all the information known to law enforcement related to this investigation.

4. I am currently investigating Gregory Augusta POWELL, date of birth xx/xx/1981, for violations of federal law, including felon in possession of ammunition, in violation of 18 U.S.C. § 922(g)(1).

5. I have conducted a computerized criminal history check (CCH) for POWELL which revealed POWELL has been convicted of the following felony offenses:

> 01/23/2006 – Assault with intent to Commit Murder (3rd Circuit - Michigan).
>
> 01/23/2006 – Weapons – Discharge firearm in or at a building (3rd Circuit – Michigan).
>
> 01/23/2006 – Felony Weapons – Firearm (3rd Circuit – Michigan).

6. For the above-described convictions, POWELL was subject to a term of imprisonment in the Michigan Department of Corrections (MDOC) for twelve to twenty years and was recently released from MDOC parole on February 11, 2025. Therefore, there is probable cause that POWELL knew he was convicted of a felony offense punishable by more than one year of imprisonment prior to the following offense date of April 24, 2021.

7. Gregory Augusta Powell is a convicted felon and therefore prohibited from possessing firearms/ammunition.

## PROBABLE CAUSE

8. On April 24, 2021, at approximately 12:41am, officers with the Westland Police Department responded to Vision Lanes bowling alley located at 38250 Ford Road, Westland, Michigan, for a shooting in progress. While on scene, an officer was alerted by bystanders that there was a victim who had two gunshot wounds. The officer made contact with an adult black male victim who was alert and responsive.

9. The victim advised he was fighting with an unknown male. The victim described the firearm used by the suspect to be a black handgun. Bystanders told officers that the male suspect was wearing a white t-shirt and fled the location prior to the officers' arrival.

10. Security personnel at the bowling alley provided information to the officers that the male who had a handgun and had shot the victim was POWELL.

11. Security personnel at the bowling alley were able to provide the officers on scene with POWELL's identification card, which he had left behind after fleeing the scene.

12. The bowling alley was equipped with security cameras which captured the incident. The owners of the bowling alley arrived at the scene and provided officers with access to the camera footage of the incident.

13. The video showed that the suspect, identified as POWELL, was a black male wearing a black hat, white t-shirt, dark pants, and bowling shoes. Camera footage from the Vision Lanes was obtained by the Westland Police Department, which contains video of the suspect during the first altercation, and is represented by the still shot below:

**Exhibit 1: Still shot of POWELL inside of Vision Lanes at approximately 12:40:45am on 04/24/2021**



**Exhibit 2:** Close up of still shot of POWELL inside of the bowling alley pointing the handgun at the victim, at approximately 12:41:54am on 04/24/2021



**Exhibit 3:** Close up of still shot of POWELL exiting the bowling alley while holding the handgun by his side at approximately 12:42:07 am on 04/24/2021



14. Evidence technicians responded to the scene. Three (3) 9mm Hornady fired casings were discovered near lanes 1-3 where Powell was observed on CCTV standing when he fired the gun. The three casings were determined to have been fired from the same gun.

15. On November 13, 2025, the FBI contacted ATF Interstate Nexus Expert, Special Agent Michael Jacobs and provided information about Hornady Ammunition. SA Jacobs concluded that the ammunition was manufactured outside of the State of Michigan, and therefore previously travelled in interstate or foreign commerce.

16. Powell was arrested on April 24, 2021. While under Miranda, Powell told investigators that he was at the bowling alley the night of the shooting and that there was an altercation with another party. Powell stated that one of the men began to advance towards him. At this time, Powell retrieved a handgun from his girlfriend's purse that he had placed there without her knowledge. As the man continued to push through security, Powell admitted to firing the handgun at the man.

17. Powell went on to tell investigators that he bought the gun, a Glock Model 19, 9mm handgun, off the street in Lansing for $250 a few months prior to

the shooting. Powell acknowledged that he is a convicted felon and ineligible to carry a firearm.

## Conclusion

Based on the above information, probable cause exists to believe that POWELL, a previously convicted felon, knowing that he was previously convicted of an offense punishable by more than one year of imprisonment, knowingly possessed ammunition, in violation of 18 U.S.C. § 922(g)(1).

Respectfully submitted,

*Chelsea Gilbert*

Chelsea Gilbert, Task Force Officer
Federal Bureau of Investigation

Sworn to before me and signed in my presence and/or by reliable electronic means.

*Kim G Altman*

Hon. Kimberly G. Altman
United States Magistrate Judge

Dated: November 14, 2025